Malcolm G. Annis, Respondent, v. James D. McNulty and Michael S. Cummings, Appellants.— Judgment unanimously affirmed, with costs. No opinion.

Ira Blount, as Administrator, etc., of Ira F. Blount, Deceased, Respondent, v. The City of Troy, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $3,500, in which case the judgment as so reduced and order affirmed, without costs. No opinion. All concurred.

Julia Coyle, Respondent, v. James C. Simcox, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Cochrane, J., dissenting.

Mary L. Carroll, Respondent, v. Michigan Mutual Life Insurance Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is against the weight of evidence. No opinion. All concurred.

George Covert, Respondent, v. The Town of Walton, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Smith and Kellogg, JJ., dissenting.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Thomas Lunan, Impleaded with Federal Union Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Jules Constant Caritey, Appellant, v. Frederick H. Eggers, Impleaded with Louis Silver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Rosina Bareis Hooghkerk, Respondent, v. John F. W. Bareis and Others, Impleaded with Charles E. Rockenstyre, as Executor, etc., of Fred Bareis, Deceased, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and plead anew upon payment of costs of demurrer and of the appeal. No opinion. All concurred.

Charles Holser, Respondent, v. American Bridge Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Probate of the Alleged Will of Jane A. Witbeck, Deceased. Lorenzo Witbeck, Appellant; Willard M. Witbeck, an Executor Named in Said Will, and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion.

In the Matter of Esther Edwards, an Incompetent Person. Benjamin W. Knower, as Special Guardian of Said Incompetent, Appellant; Albert P. Stevens, as Committee of Said Incompetent, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Cochrane, J., not sitting.

In the Matter of the Application of the Keeseville, Ausable Chasm and Lake Champlain Railroad Company, Appellant, for an Order Permitting It to Construct Its Road Over a Bridge in the Village of Keeseville Between the Counties of Clinton and Essex. The Highway Commissioner of the Town of Ausable and the Highway Commissioner of the Town of Chesterfield, Respondents.— Order unanimously affirmed, with costs. No opinion.

New York and Pennsylvania Company, Appellant, v. Arnold H. Ellis, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Bernhardt J. Noack, Respondent, v. The City of Troy, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.